IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFUS W. JOHNSON,
ADC #650597                                                                                          PLAINTIFF

v.                                       5:07CV00098JLH/HDY

GERALD ROBINSON, et al.                                                                DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Court Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The detail of any testimony desired to be introduced at the

1

>       hearing before the District Judge in the form of an offer of
>       proof, and a copy, or the original, of any documentary or
>       other non-testimonial evidence desired to be introduced at
>       the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite 402
>   Little Rock, AR 72201-3325

## **DISPOSITION**

This matter is before the Court on plaintiff's motion to re-open his case (DE #10).

Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the W.C. "Dub" Brassell Detention Center in Pine Bluff, Arkansas. By Order dated May 16, 2007, this Court granted plaintiff's motion to proceed in forma pauperis, and directed plaintiff to file an amended complaint within thirty days of the date of the Order. The Court further advised plaintiff that failure to comply with the Order would result in the dismissal without prejudice of his complaint, citing Local Rule 5.5(c)(2). When plaintiff failed to respond, the Court dismissed his action, without prejudice (DE ##5, 6). Plaintiff later filed two separate notices of changes in his address (DE ##8, 9), and recently filed the motion to re-open his action. In his motion, plaintiff states that he did not receive the Orders from the Court and was unaware that the case had been dismissed.

The Court finds that plaintiff's motion should be granted, and that no one will be prejudiced by the delay in this case. In addition, as stated in the May 16, 2007 Order, plaintiff will be expected

to file an amended complaint within thirty days, stating specifically, "(1) the name of each individual personally involved in the actions at issue in the complaint; (2) how each individual was personally involved in those actions; and (3) how each individual violated the plaintiff's constitutional rights." Accordingly,

IT IS, THEREFORE RECOMMENDED that plaintiff's motion to re-open this action (DE #10) be GRANTED.

IT IS FURTHER RECOMMENDED that plaintiff file an amended complaint, in accordance with the directions set forth above, within fifteen days of the date of this Order. Failure to file such shall result in the dismissal, without prejudice, of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO RECOMMENDED this __30____ day of August, 2007.

_____
United States Magistrate Judge