# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RUFUS W. JOHNSON, ADC #650597                                                    PLAINTIFF

v.                                       No. 5:07CV00098 JLH/HDY

GERALD ROBINSON, *et al.*                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to re-open (DE #10) is hereby GRANTED.

Judge Young recommended that plaintiff be ordered to file an amended complaint, in accordance with the instructions set forth in the recommendation, within fifteen days of the date of this Order. Plaintiff filed an amended complaint on September 6, 2007. Whether that amended complaint complies with the instructions set forth in the recommendation and all other pretrial issues are referred back to Judge Young for disposition or recommended disposition as appropriate.

IT IS SO ORDERED this 14th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE